UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMES AULIK,

        Plaintiff,

v.                                       Case No. 11-C-139

MICHAEL ASTRUE,

        Defendant.

**AMENDED ORDER FOR PAYMENT OF ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Based upon the amended stipulation of the parties, the Court finds that the Government's position in the above matter was not substantially justified and Plaintiff is entitled to fees and expenses in the amount of $4,616.62 and costs and the amount of $350.00 in the above matter. This award satisfies all of plaintiff's claims for fees, costs and expenses under 28 U.S.C. § 2412. Assuming counsel can verify the plaintiff owes no preexisting debt subject to offset, the award shall be made directly to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff and counsel.

**SO ORDERED** this __14th__ day of November, 2011.

                                    s/ William C. Griesbach
                                    William C. Griesbach
                                    United States District Judge